UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

|  |  |
|---|---|
| NANCY LLOYD,<br>　　Debtor. | Chapter 7<br>Case No. 08-47145-PJS<br>Hon. Phillip J. Shefferly |

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

　　The attached check represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Hudson & Keyse, LLC<br>P.O. Box 1090<br>Mentor, OH  44061 | 4 | $320.15 |

Dated: November 15, 2011　　　　　　　　/s/ Charles L. Wells, III
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　　903 N. Opdyke, Ste. A2
　　　　　　　　　　　　　　　　　　　　Auburn Hills, MI  48326
　　　　　　　　　　　　　　　　　　　　248-276-0285
　　　　　　　　　　　　　　　　　　　　7trusteewells@charleslwellsiii.net